

**NUMBER 13-17-00500-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.P. AND S.J.P., CHILDREN

### On Appellant's Motion for Extension of Time to File Brief.

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellant S.P. has filed a motion for extension of time seeking seven days of additional time to file his brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the

shortened appellate deadlines, the Court does not favor motions for extension of time to file the record or briefs. In accordance with the limited time for consideration of these appeals, it is the policy of this Court to limit extensions of time to file a brief to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we GRANT appellee's motion for extension of time and ORDER appellant to file his brief on or before Wednesday, October 25, 2017. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Order delivered and filed the
25th day of October, 2017.